FILED: February 20, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2287

(1:11-cv-02621-JMC)

_____

DONALD D BENSON

      Plaintiff - Appellant

v.

SAVANNAH RIVER NUCLEAR SOLUTIONS LLC

      Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

    Appendix due: 02/25/2014

    Opening brief due: 02/25/2014

    Response brief due: 03/31/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk